# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
## Western DIVISION

Melaine Wilson
547 BIA 28
Wounded Knee, SD 57794

(Enter the full name of the Plaintiff[s] in this action)

vs.

Department of Interior
Bureau of Indian Affairs -Washington D.C.
Bureau of Indian Affairs - Pine Ridge Agency
Oglala Sioux Tribe Land Office
Oglala Sioux Tribe

(Enter the full name of **ALL** Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.)

Case No. 5:23-CV-5027
(To be assigned by Clerk of District Court)

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):
I have invoked my 1868 Fort Laramie Treaty Rights-Article 1 to have Department of Interior Investigate and Prosecute for Oglala Sioux Tribe for the "Bad White Man" Clause against DOI, BIA and Oglala Sioux Tribe Land Committee

1

II.  Plaintiff, Melaine R. Wilson _____ resides at

541 BIA 28 _____
(street address)
Wounded Knee _____, Oglala _____,
(city)                 (county)
South Dakota , 57794 , 605-867-6990 _____
(state)        (zip)   (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)
As a Former (Warranted by Congress) Contingency Contracting Officer- it is my Lifelong Duty to Protect Federal Monies, Lands, and Assets from Fraud, Waste and Abuse.

III. Defendant, Pine Ridge BIA Realty ___ resides at, or its business is located at

P.O. 1203 _____
(street address)
Pine Ridge _____, Oglala _____,
(city)                 (county)
South Dakota , 57770 , 6058675125 _____
(state)        (zip)   (telephone number)

(If more than one defendant, provide the same information for each defendant below)
Oglala Sioux Tribe Land Committee for Residential and Business Leases

2

DSD 12-12

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

I have spent more than 10 years driving back and forth to the Pine Ridge Agency Bureau of Indian Affairs Realty Office and the Oglala Sioux Tribe Land Committee and Oglala Sioux Tribe Council trying to get several Land Issues accomplished but have been unsuccessful following the current Processes.

1-Land Consolidation on Tract 10207 for 40 Acres instead of 20 Acres because it's been 10+ years
2-Partitions on my Tracts of Land x2
3-Residential Lifetime Leases at no Cost for myself and my children, Summer Rain Smith and Hunter Blaze Jarrell
4-Business Lifetime Leases at no Cost for myself and my children
5-Top Soil to be replaced on Tract 10207 since I have been approved in 2018 but Soil Removal began in 2022 and I still don't have a Title. Personal Vendetta from BIA Realty Workers Nellie Pourier and Sherry Hussman.

V. Relief (State briefly and exactly what you want the Court to do for you.)
Remedy List attached in Complaint

DSD 12-12

VI. **MONEY DAMAGES:**

    A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

        YES [ ]        NO [X]

    B) If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

$100 K Each Business Started but can't go anywhere @$500K

$50K for Title to Land Consolidation on Tract 10207

Total=$550K

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

        YES [X]        NO [ ]

VIII. Are you requesting a Jury Trial?

        YES [ ]        NO [X]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of April, 2023

*Melaine R. Wilson*

Signature of Plaintiff[s]

DSD 12-12

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Melaine R. Wilson
541 BIA 28
Wounded Knee, SD 57794

## DEFENDANTS
Pine Ridge Agency Bureau of Indian Affairs
P.O. Box 1203
Pine Ridge, South Dakota 57770

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  |  | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  |  | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability |  | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice |  | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
|  |  |  | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** |  | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence |  |  | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property |  | **Other:** | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  |  | ☐ 550 Civil Rights |  |  |  |
|  | ☐ 448 Education | ☐ 555 Prison Condition |  |  |  |
|  |  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Federal Acquistion Regulation Part 3-Bad Business Practices
Brief description of cause:
Fraud, Waste and Abuse

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____
DOCKET NUMBER 5:22-cv-5097

DATE: 21 Apr 2023
SIGNATURE OF ATTORNEY OF RECORD: *Melaine R. Wilson*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



Melaine Wilson
541 BIA 28
Wounded Knee, S.D. 57794

CERTIFIED MAIL
7021 2720 0000 1814 1422

PRIORITY MAIL TRACKED INSURED
UNITED STATES POSTAL SERVICE
For Domestic and International Use   Label 107R, May 2014

U.S. POSTAGE PAID
PM
PINE RIDGE, SD 57770
APR 21, 23
AMOUNT
$18.65
R2305K142585-02

RDC 05   57701

Clerk, United States District Court Clerk, United States District Court

400 South Phillips Avenue Andrew W. Bogue Federal Bldg.

Room 128 & United States Courthouse

515 Ninth Street

Rapid City, SD 57701