Complaint: Land Consolidation

AND

Class Action Suit Authorities & Personal Experience of Enrolled Oglala Sioux Tribe Member:
Melaine Wilson

1.) 1910 Indian Trust Patents at 25 Years-Unless Sold **before** 1935, should be passed into Allotment Trust Status per 1934 Wheeler Howard Act incorporating the Indian Reorganization Act and acceptance of the Oglala Sioux Tribe Constitution in 1935, Clearing the 25 Year Indian Trust Patents making Trust Lands in perpetuity per the 1924 Revenue Act.

There may be Indian Trust Patents from 1910 to 1934 that may still be Legitimate and should have been turned into Allotted Trust Land through the Acceptance of the 1934 Wheeler Howard Act, also known as, "Indian Reorganization Act" which led to the Acceptance of the Oglala Sioux Tribe Constitution in 1935.

What Process allows for Indian Trust Patents to be Processed currently because our Oglala Sioux Tribe Constitution does NOT allow for that?

Or does the Acceptance of the Oglala Sioux Tribe Constitution negate ALL INDIAN TRUST PATENTS on the Pine Ridge Indian Reservation with it's Acceptance in 1935? Making all Reservation Lands Allotted Trust and Tribal Trust?  Oglala County should NOT have very much Fee Status Lands but we do.

*Related to Case 5:22-cv-5094 Indian Trust Patents

2.) Timeline of current Pine Ridge Indian Reservation Trust Lands, as I understand them:

-**1865** Dredd Scott -vs- United States, although this was drafted towards Blacks having American Citizenship, it reads that "Indians are NOT Taxed"

-**1868** Fort Laramie Treaty doesn't have anything in there about "Selling" or "Mortgaging" our Lands

-**1877** Dawes Act making Allotted Lands on the Pine Ridge Indian Reservations

-**1880** First Plat Map of "Red Cloud Indian Reservation Lands" now Pine Ridge Indian Reservation www.blm.gov  Attachment of Red Cloud Indian Reservation Lands Plat Map dated 1880

-**1910** Homestead Act only addresses "Bennett" County

-**1910** Indian Trust Patents for 25 Years-Some of these may still be Legitimate because they were supposed to be turned into Allotment Trust when we, Oglala's Accepted the 1935 Oglala Sioux Tribe Constitution

-**1924** Revenue Act making Indians also American Citizens and putting our People, Property and Lands into Trust by the US Government to help save the Reservation Lands of Enrolled Natives. Indians NOT Taxed

-**1934** Wheeler-Howard Act contains and enacts the Indian Reorganization Act-All Indian Trust Patents and Tribal Trust and Indian Allotments in US Federal Trust through the Department of Revenue and Congress

-**1935** Acceptance of the Oglala Sioux Tribe Constitution, this clears the 1910 Indian Trust Patents, unless they were "Sold" and made into Fee Status before 1934.  We also didn't know enough about land before 1935 making Indian Ownership into Allotments and Trust Status

-    Federal Indian Law (Hornbeck)

- Cohen Indian Law, specifically Land and Property (Intellectual included)
- Bureau of Indian Affairs Manual

**-2000** Land Consolidation Act (We, Enrolled Members should have been able to purchase other Enrolled Members who were selling their Fractionated Interests in Allotted Lands but are blocked at the OST Council and BIA Realty Levels

**-2012 Fee to Trust** from BIA-This is where potentially thousands of Acres Stolen Trust Lands will be "Hidden" in "Trust" from BIA Realty Workers and Oglala Sioux Tribe Council Members of about 30ish Members across the Pine Ridge Indian Reservation

**-2013** This is when I first received a "Proposal" from Department of Interior for my Fractionated Interest Ownerships of Allotted Trust Lands-I called my Aunt Olivia Bruce because Tract 2159 didn't show up

**-2014** Land Buy Back Program began-Unknown to the Enrolled Oglala Sioux Tribe Members, ALL the Fractionated Pieces of Allotted Lands are in the Oglala Sioux Tribe Minutes. These Minutes are not readily available to the public. Intentional hiding in plain site of land available for those 30ish people to steal from and claim at the BIA Realty Office.

3.) It is my belief that the three following Time Events in Protests, have shown that these are Calculated Actions and are **Intergenerational Information** and **Intergenerational Strategy** from Pine Ridge Agency Bureau of Indian Affairs Realty Workers and some Oglala Sioux Tribe Council Members, collectively as a Monopoly, have stolen the majority of Current Fee Lands in Oglala County, and Jackson County of the Pine Ridge Indian Reservation through a myriad of patterns of Administrative Tools to include:
-Illegal Indian Trust Patents
-Abuse of Prime Positions of Federal Monies, Assets and Lands
-Abuse of the Enrolled Oglala Sioux Tribe Members and Oglala Sioux Tribe Elders

*Bennett County is under separate regulations from the 1910 Homestead Act but is still affected by the above Administrative Tools.

**-1972 Oglala People** Take over of the Bureau of Indian Affairs Building in Washington, DC. Oglala Lakota Elders knew Land was missing from Tribal Trust by Pine Ridge Agency Bureau of Indian Affairs Realty but couldn't prove it.

**-1973 Oglala People** Wounded Knee Take Over. Oglala Lakota Elders knew Land was missing from Tribal Trust by Pine Ridge Agency Bureau of Indian Affairs Realty but couldn't prove it.

**-1999 Oglala People** Take over of the Red Cloud Tribal Building in Pine Ridge Agency, Pine Ride, South Dakota- Oglala Lakota Elders knew Land was missing from Tribal Trust by Pine Ridge Agency Bureau of Indian Affairs Realty but couldn't prove it.

11.)-**2014** Submitted for Land Consolidation – Denied Tract 30 Acres for 30 Acres

12.)-**2014** Gifted Olivia Bruce Allotted Land with No Financial Trade, took paperwork to BIA Realty but was told I needed the Death Certificate and BIA Probate had to have a copy as well.

13.)-**2015** Submitted for Land Consolidation – Denied Tract 30 Acres for 30 Acres

14.)-**2015** No "Gift" from BIA Realty on Aunt Olivia Bruce

15.)-**2016** Submitted for Land Consolidation – Denied Tract 30 Acres for 30 Acres

16.)-**2016** No "Gift" from BIA Realty on Aunt Olivia Bruce

17.)-**2017** Submitted for Land Consolidation – Denied Tract 30 Acres for 30 Acres

18.)-**2017** No "Gift" from BIA Realty on Aunt Olivia Bruce

19.)-**2018** Submitted for Land Consolidation – *Approved* *CHALLENGE* 30 Acres for 20 Acres, it should be 30 Acres for 30 Acres. Nothing in the 1868 Treaty states anything about "Selling" Land nor the "Value" of Land.  The Oglala Sioux Tribe Constitution doesn't allow for "Selling" or "Mortgaging" Trust Lands and I want to know who is leasing our Trust Lands and for how much and where is that money going? Where does the MISSING 10 Acres go?

20.)-**2018** Submitted for Residential Lease on Approved Land Consolidation *CHALLENGE* Why do I have to lease my own Land Consolidation? Attachment of Residential Lease from 2018-Still NOT APPROVED

21.)-**2018** Called by Sherry Hussman from Pine Ridge Bureau of Indian Affairs Realty to tell me (Melaine Wilson) that Pine Ridge BIA Realty is putting a Right of Way in the middle of my newly approved Tract of Land. Personal vendetta, Abuse of Authority

22.)-**2018** No "Gift" from BIA Realty on Aunt Olivia Bruce

23.)*CHALLENGE* I request a list of all those who did Land Consolidations and their locations and the size of their Tracts.  Per the Bureau of Indian Affairs Manual, it states I can request a List of All contact information for the Other owners of Trust Lands.  Not just in the same Tract, but ALL OTHER OWNERS in TRUST and how much they own and when they "Received" it.
Cohen Indian Law Chapter 8 and Chapter 9 Individual Rights of Indian Property

24.)-**2018** Addressed BIA Realty Complaints of BIA Realty Workers Sherry Hussman and Nellie Pourier to Oglala Sioux Tribe Land Committee and moved the Right of Way to East side of Tract. Nellie Pourier's sibling is Oglala Sioux Tribe Council Member David Pourier, who stated the OST

Land Committee would send a Letter to Senator Rounds on my 2 Complaints against BIA Realty. I imagine that never happened.

25.)-**2018** Gifted All Allotted Land by Patrick Herman Lee with trade of $1000.00 Bank Check from USAA. He was diagnosed with a bad heart condition. He passed away in 2020. Still waiting on "Gift"

26.)-**2019** No "Title" on Tract 10207. Awaiting Land Valuation from Nellie Pourier at Pine Ridge Agency Bureau of Indian Affairs Realty Office

27.)-**2019** No "Gift" from BIA Realty on Aunt Olivia Bruce

28.)-**2019** No "Gift" from BIA Realty on Patrick Herman Lee

29.)-**2019** No Residential Lease on Consolidated Tract 10207

30.)-**Circa 2019** Called Bureau of Indian Affairs in Pierre, South Dakota and spoke to Jay Vance who took 20 minutes to complete a Land Valuation on all my Fractionated Portions of Land

31.)-**2019** Addressed Oglala Sioux Tribe Land Committee and submitted Complaint against Pine Ridge BIA Realty, Nellie Pourier worker. Her Brother who was on the Oglala Sioux Tribe Land Committee stated that they will have the Oglala Sioux Tribe Attorney, Russell Zephier, prepare a Letter of Complaint against BIA Realty and send it to Senator Rounds Office of South Dakota, but Senator Rounds does not have Jurisdiction over Trust Lands on the Pine Ridge Indian Reservation, so this is where the "Volley between OST Land and BIA Realty" happens. It's a game they have been playing with the lives of the Enrolled Oglala Sioux Tribal Members who have been trying to get their Land Consolidated, and/or Partitioned, and other Administrative Tools.

32.)-**2020** No "Title" on Tract 10207. Awaiting Land Valuation from Nellie Pourier at Pine Ridge Agency Bureau of Indian Affairs Realty Office

33.)-**2020** No "Gift" from BIA Realty on Aunt Olivia Bruce

34.)-**2020** No "Gift" from BIA Realty on Patrick Herman Lee

35.)-**2020** No Residential Lease on Consolidated Tract 10207

36.)**Sent many Certified Mail with Receipts**-Fractionated Tract of Land for Petition to Partition and Residential Lease Requests for other owners on the Same Tracts of Land. Many believed I was "Stealing" their Land and I have several broken relationships with my blood relatives because of Allotted Land and not signing documents.

37.)-**2020** Attended a Cannabis Meeting at Pine Ridge Pow Wow grounds.  The group there of Oglala Sioux Tribe Veterans asked me (Melaine Wilson) to help them set up Hemp and Marijuana Businesses across the Pine Ridge Indian Reservation.  I accepted.

38.)-**2020 Worked with 3 Cannabis Attorneys who were hired by the Oglala Sioux Tribe Council on writing up** Ordinance 20-66-Oglala Sioux Tribe Cannabis, **NONE OF OUR Oglala Sioux Tribe Veterans REQUESTED INPUTS WERE IN THE FINAL ORDINANCE as agreed upon during OST Council Session October 27, 2020.  My documents were read by OST Council Member Cora White Horse before the Vote to incorporate the Inputs.  Only OST Council Member Cora White Horse's changes were Incorporated, but she used "OUR SIGN IN SHEETS" as the ones who wanted her Inputs. I also requested all the Land AND Buildings in Cactus Flats off I-90 be given to the Oglala Sioux Tribe Veterans for whatever Legal Businesses they choose to do.  That can range from Art, Employment, with Laws adhered to with Transparency.**

39.)-**2020** Began writing Business Prescription for the Oglala Sioux Tribe Veterans and all other Oglala Sioux Tribe Enrolled Members.  I "Angel" donated 1 Acre in Tract 2159 located 1 Mile West of Martin, South Dakota with the Oglala Sioux Tribe donating 19 Acres as written in our Inputs for the Cannabis Ordinance, 20-66.  This would open up "Ina's Tipi" to be ran by OST Veterans for OST Orphans and OST Foster Children who are teens getting ready to be on their own. I requested Petition to Partition of Tract 2159 of 1st Choice of Location, then I could donate my 1 acre to the Oglala Sioux Tribe Veterans at 2nd Choice of Location, then all others.

40.)-**2020** Walked into Pine Ridge Agency BIA Realty and spoke to Kris O'Rourke Superintendent of Pine Ridge Agency BIA Realty (Sibling of OST Council Member Michael Carlow and OST Council Member Ella John Carlow) on my Land Consolidation of 30 Acres for 30 Acres and 2 Relatives who had "Gifted" me their Allotted Lands.  Olivia Bruce (No charge) and Patrick Herman Lee (USAA Check).

41.) -**2020** Began:
        **1.) Melaine Wilson, LLC** (For Profit)
        **2.) Skunk Hyde, LLC** (Class Action Suit against the Oglala Sioux Tribe Hemp Commission to follow)
        **3.) Lakota Blaze, LLC** (Class Action Suit against the Oglala Sioux Tribe Cannabis Commission to follow)
        **4.) Melaine Wilson, M.A.M.A.** (Non-Profit)
        **5.) Oglala Sioux Tribe Veterans, LLC for EACH District** (Part of each of the "Against" Hemp and Cannabis Commissions)

42.)-**2021** No "Title" on Tract 10207.  Awaiting Land Valuation from Nellie Pourier at Pine Ridge Agency Bureau of Indian Affairs Realty Office (Personal Vendetta)

6

43.)-**2021** No "Gift" from BIA Realty on Aunt Olivia Bruce
44.)-**2021** No "Gift" from BIA Realty on Patrick Herman Lee

45.)-**2021** No Residential Lease on Consolidated Tract 10207

46.)-**2022** No "Title" on Tract 10207.  Awaiting Land Valuation from Nellie Pourier at Pine Ridge
    Agency Bureau of Indian Affairs Realty Office (Personal Vendetta)

47.)-**2022** No "Gift" from BIA Realty on Aunt Olivia Bruce

48.)-**2022** No "Gift" from BIA Realty on Patrick Herman Lee

49.)-**2022** No Residential Lease on Consolidated Tract 10207

50.) -**2022** I began Business Building:
>    **1.) Oglala Sioux Tribe Veterans, LLC (Only to start the Business Process, then someone else can work with the Small Business Administration)**

51.)-**2022** February, I began submitting Complaints to the Department of Interior Inspector General.
    Something is wrong between Bureau of Indian Affairs Realty AND Oglala Sioux Tribe Council for
    the POWER they have over Businesses. Unsure of what the Connection is.

52.)-**2022 JULY**, *I discovered their patterns and connections of thousands and thousands of Tribal*
    *Trust Acres, mostly Agricultural and Waterways such as creeks and rivers have been stolen by*
    *BIA Realty Pine Ridge Agency, using them for Cattle breaking the Winter's Doctrine making*
    *sure we have access to Waterways that are potable and palatable.  The thousands of Acres*
    *that have been STOLEN by Pine Ridge BIA Realty AND Oglala Sioux Tribe Council have been*
    *since at least 1955.  More Research will reveal how many Indian Trust Patents were*
    *fraudulently used since 1935 when we Accepted our Oglala Sioux Tribe Constitution showing*
    *we moved from Trust Patents to Allotments. I immediately submitted a Class Action Suit-Pro*
    *Se- from myself and the Enrolled Members of all Nations Served by Bureau of Indian Affairs in*
    *Rapid City, South Dakota Federal Court.  Case # 5:22-CV-05094-KES "Six Sigma Process Indian*
    *Trust Patents" also related to several other Court Cases. I still do not have an Attorney.*

53.)-**2022** Lease Act from Department of Interior on Allotted Lands.  My suspicion is that the group
    of about 30ish Bureau of Indian Affairs Realty Workers and several Oglala Sioux Tribe Council
    Members have taken Allotted Lands and Consolidated Lands since the 2000 Land Consolidation
    Act and put them into their Own Names or their Beneficiaries Names.  No one Member should
    own realistically, 320 Acres.  I am requesting all the Names of Ownership of Consolidated Lands
    with Totals and Locations as well as Names of Ownership of Allotted Lands with Totals and

Locations of ALL Enrolled Oglala Sioux Tribe Members.  This will open many new doors amongst us.

54.)-**2023 Still NO TITLE TO Tract 10207 for 5 years now since APPROVED in 2018.**  Awaiting Land Valuation from Nellie Pourier at Pine Ridge Agency Bureau of Indian Affairs Realty Office (Personal Vendetta)

55.)-**2023** No "Gift" from BIA Realty on Aunt Olivia Bruce

56.)-**2023** No "Gift" from BIA Realty on Patrick Herman Lee

57.)-**2023** No Residential Lease on Consolidated Tract 10207

How many Oglala Sioux Tribal Enrolled Members have suffered from Pine Ridge Agency Bureau of Indian Affairs and the Oglala Sioux Tribal Council for these approximately 30ish Federal Employees to have so much POWER to steal Federal Monies, Assets and Trust Lands, and even outside our own Reservation and keeping it hidden from the Oglala Sioux Tribe Enrolled Members?

58.)-**2023** Submitting Class Action Law Suit against Department of Interior, Bureau of Indian Affairs, and Oglala Sioux Tribe Land Committee and Oglala Sioux Tribe Council

59.)-**2023** Service Member and Veterans Act of 2020 to work with the OST Attorney General on Veteran Issues-Direct Access to Congress at State Level.  OST Attorney General to work directly with Department of Justice for Service Members and Veterans concerns and requests

60.)25 U.S. Code § 2210 - Tax exemption

61.)Dredd Scott vs United States 1865-Indians are NOT Taxed

62.)Revenue Act of 1924 giving American Citizenship to Indians-Indians are in "Trust" and NOT Taxed

**Requests for Remedy**

1.) -Request for Land Consolidation of 30 Acres for 30 Acres, with Top Soil Replaced by Oglala Sioux Tribe for Strip Mining my "Approved" Tract of Land Consolidation since 2018 with Compensation for Melaine Wilson. **Personal Value of $50K**

2.) -Request "Partitions" on Tracts 2159, and 6167.  BIA Administrative Cost of $1,000.00

3.) -Request DOI and BIA prepare Processes for Six Sigma Processes for:
   a.) Land Consolidations
   b.) Fee to Trust
   c.) Partitions
   d.) Residential Leases
   e.) Business Leases for ease of the Enrolled Oglala Sioux Tribe Members
   f.) Online Plat Map Access for Leases and Businesses both OST Vendor and Uniformed Commercial Code through the Bureau of Trust Funds Administration using our Enrollment Numbers

4.) -Request Bureau of Indian Affairs Pine Ridge Agency be "Dissolved" immediately by the Secretary of Interior, any remaining Services to be Provided by Aberdeen, South Dakota BIA Office.  BIA Administrative Cost of $2 Million

5.) -Request Red Cloud Indian Building (Oglala Sioux Tribe Tribal Office) be moved to a Central Location on the Pine Ridge Indian Reservation such as Wounded Knee, Allen, Porcupine or Kyle, South Dakota, but moved away from the Town of Pine Ridge, South Dakota 57770. New Facility to have Official Offices for ALL Oglala Sioux Tribe Executive Officers & their Staff, ALL Oglala Sioux Tribe Council Members & their Staff, OST Enrollment, OST Leasing Office, OST Land Office, OST Voting Commission, OST Hemp Commission, OST Cannabis Commission, OST Economic Development Committee and OST Housing Office located at this Central Location for a New Red Cloud Indian Building (Oglala Sioux Tribe Tribal Office). BIA Administrative Cost of $500K and Building Cost of $150 Million

6.) -Request Bureau of Trust Funds Administration (BTFA) give online access to Enrolled Members of a Plat Map of the Pine Ridge Indian Reservation showing who has ownership of the Trust Lands within our 3 Counties of Oglala, Jackson, and Bennett.  My fear is that the "Fee to Trust" has been abused along with the "Land Consolidation" in Pine Ridge Agency Bureau of Indian Affairs Realty Office Workers who have Stolen thousands of acres of Reservation Trust Lands through Indian Trust Patents which were supposed to be discontinued by the Acceptance of the Oglala Sioux Tribe Constitution in 1936 after the Indian Reorganization Act via the Wheeler Howard Act of 1934.

7.) It is my belief that these Federal Acts could have worked if there were "Transparency" in all the workings of the Oglala Sioux Tribe and Pine Ridge Agency Bureau of Indian Affairs, but certain workers in Prime Positions have hidden behind the 1974 Privacy Act and telling OST Enrolled Members to take them to Court if they want information.  I request Transparency as the Transparency Act 2008 is in effect.

8.) Business Building for the Oglala Sioux Tribe Veterans-Personal Value of $100K

9.) Business Building for Melaine Wilson-Personal Damages Value of $400K
   a.) Melaine Wilson, LLC-$100K
   b.) Melaine Wilson, M.A.M.A, LLC-$100K
   c.) Skunk Hyde Products, LLC -$100K
   d.) Lakota Blaze, LLC-$100K

This Personal Damage to myself from the Department of Interior, Pine Ridge Agency Bureau of Indian Affairs and Oglala Sioux Tribe Land Committee and the Oglala Sioux Tribe Council for 10+ Years Total 2013-2023 for a Total of $550K

Regards,

Melaine R. Wilson

Melaine R. Wilson
Enrolled Oglala Sioux Tribe Member
Retired Warranted Contingency Contracting Officer

**Attachments:**

1.) Letter to Department of Interior giving them Jurisdiction by Invoking my 1868 Treaty Rights
2.) Letter to President of the United States required with Invoking my 1868 Treaty Rights to request a Land Transaction Audit
3.) Original Plat Map of Pine Ridge Indian Reservation as 1880 "Red Cloud Indians Land" from blm.gov
4.) Land Consolidation Paperwork with Map(s)
5.) Business Licenses with supporting documentation **Personal Value of $550K**
6.) Business Prescription for Oglala Sioux Tribe Veterans and all OST Enrolled Members-Closely related to Case 5:22-dv-5097, Tract 2159
7.) Certified Letter Receipts and Envelopes with Return to Sender
8.) https://thorpe.law.ou.edu/cohen.html Informational Only, no attachment



OGLALA SIOUX TRIBE
LAND O...

RECEIVED

APPLICATION FOR THE EXCHANGE OF INDIAN LAND

PINE RIDGE INDIAN RESERVATION                    Date : _18 Sep 18_

In justification of this application, true statements are made to the following items:

1. Name : _Melaine R. Wilson_   2. Phone Number : _308-430-8968_
3. Age : _49_                   Date of Birth : _18 Mar 69_
4. Degree of Indian Blood : _25/32_      Enrollment Number : _U-25415_
5. I am enrolled as a _Oglala Lakota_ Indian.
              Name of Tribe
6. (Single)  Married  Widow  Widower    Spouse's Name : _N/A_
7. The following persons are dependent upon me for support. (Give names, ages, and relationship) : _Hunter Jarrell , son , 21_

8. Education: Years in grade school __✓__  High School __✓__  College _2 Masters_
9. Permanent Address : _547 BIA 28  Wounded Knee, SD 57794_
10. The amount of my annual income is: $ _$24,360_
11. My income is obtained from the following sources : _USAF Retirement_
12. PLEASE STATE WHETHER ANY PARTY INVOLVED IN THIS TRANSACTION IS EMPLOYED BY THE UNITED STATES GOVERNMENT AND IF SO, WHERE they are employed : _N/A_
13. If receiving public assistance grants from the State or General Assistance from the Bureau of Indian Affairs, or funds from the Veterans Administration, Social Security, or any regular public benefit, state kind and amount. If none, state none : _N/A_
14. If indebted to the United States, state amount and purpose of indebtedness. _N/A_
15. I (do)/ do not live on or make personal use of the land covered by this application.
16. The land leased and the annual rent received is : $ _N/A_
17. Your reason(s) for exchanging land : _Build home and live there_

Application is hereby made for an exchange of the following described land with the OST:

OS- _1589_ , Described as _24-38-41_

Interest _6/16750_   Equivalent to _.06_ _____ Acres.

OS- _3010_ , Described as _NE, S   36-41-46_

Interest _39/97800_   Equivalent to _.19_ _____ Acres.

OS- _3075-A_ , Described as _39-37-46   NE_

Interest _39/5400_   Equivalent to _1.16_ _____ Acres.

OS- _3079_ , Described as _N   22-38-48_

Interest _6/1350_   Equivalent to _1.42_ _____ Acres.

OS- _5088-B_ , Described as _LOTS 1 & 2   18-29-42_

Interest _1/24_   Equivalent to _.96_ _____ Acres.

OS- _5885_ , Described as _SNE, LOTS 1 & 2   1-29-39_

Interest _1/84_   Equivalent to _1.91_ _____ Acres.

OS- _6093-A_ , Described as _LOTS 1 & 34   26-36-48   SE_

Interest _39/29160_   Equivalent to _.04_ _____ Acres.

OS- _6167-A_ , Described as _S N   02-37-46_

Interest _39/1800_   Equivalent to _3.47_ _____ Acres.

OS- _6350_ , Described as _E   02-40-47_

Interest _39/5400_   Equivalent to _2.31_ _____ Acres.

OS- _6446-A_ , Described as _NE   14-38-45_

Interest _39/900_   Equivalent to _6.93_ _____ Acres.

OS- _6451_ , Described as _N   33-38-44_

Interest _39/97200_   Equivalent to _.13_ _____ Acres.

OS- _6968_ , Described as _SE   12-42-35_

Interest _1/18_   Equivalent to _8.89_ _____ Acres.

OS- _7131_ , Described as _SE   30-41-24_

Interest _39/643000_   Equivalent to _.03_ _____ Acres.

OS- _6093_ , Described as _Lot 1 = NE NW  Lot 2 = SE NW   29-36-48_

Interest _39/39160_   Equivalent to _.01_ _____ Acres.

OS- _792-B_ , Described as _21-38-43   S N_

Interest _7/42_   Equivalent to _2.39_ _____ Acres.

Total acres proposed by Applicant: _____ _30.39_ _____

7183

6 E   31-44-24

39/34000

Applicant wishes to exchange for the following OST land(s) :

T10807        W½ SE¼ SE¼        18-36-47

                                                    20 acres

_Melaine R. Wilson_                              18 Sep 18
APPLICANT'S SIGNATURE                            DATE


              SEAL

Subscribed and sworn to me this 18 day of Sept , 20 18 .

_signature_                                      11-22-2019
Notary Public / Realty Specialist / Clerk        My Commission Expires

                      <u>AMENDMENT</u>

_____

_____

_____

                                    DATE

Recommended for: _____APPROVAL
                 _____DISAPPROVAL

REALTY OFFICER                      DATE

Application is hereby: _____APPROVED
                       _____DISAPPROVED

SUPERINTENDENT                      DATE

Reasons for disapproval: _____

_____

_____



SE1/4, Section 13, T. 36 N., R. 47 W., 6th Prin. Mer., SD

Use Constraints and Disclaimer: This information is prepared strictly for illustrative and reference purposes only and should not be used, and is not intended for legal, survey, engineering or navigation purposes. No warranty is made by the Bureau of Indian Affairs (BIA) for the accuracy of this map and the information it contains or for uses of the map for other than illustrative purposes. The BIA does not warrant the accuracy of the map, which may contain errors. The depictions contained herein are for illustrative purposes only and do not represent the legal status of the areas depicted or any interests in the lands therein. No legal inference can or should be made from the boundaries depicted or the information contained in this map, which is intended to be used solely for statistical purposes and does not represent the federal government's position on the jurisdictional status of Indian country. Ownership and jurisdictional status is subject to change and must be verified with plat books, patents, and deeds in the appropriate federal and state offices. The BIA recommends that parties seeking information on reservation boundaries first consult with the appropriate Tribe and then the BIA. The trust and restricted land area shown here are suitable only for general spatial reference.

**Legend**
- Land Exchange
- PLSSFirstDivision
- Land
- PLSSSecondDivision
- Roads

Scale: 0  165  330      660      990      1,320   Feet

Date: 10/25/2018

**Melanie Wilson Land Exchange in T 10207**
The W1/2SE1/4SE1/4 of Section 13, Township 36 North, Range 47 West, Sixth Principal Meridian, Oglala Lakota County, South Dakota, containing 20 acres, more or less.

Service Layer Credits: Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AeroGRID, IGN, and the GIS User Community



PINE RIDGE INDIAN RESERVATION
PINE RIDGE, SOUTH DAKOTA

LAND OFFICE
OGLALA SIOUX TRIBE
P.O. Box 2070
Pine Ridge, SD 57770
(605) 867-5305

March 12, 2019

Melanie Wilson
547 BIA 28
Wounded Knee, SD 57794

RE: LAND EXCHANGE PROCESS

Dear Ms. Wilson,

I am writing to inform you about your land exchange
process. I have presented your land exchange before Land
Committee on 03/11/2019 and it was approved. I will now order
your appraisal.

If you have any questions or concerns, please feel free to
call or come into the office at your convenience.

Best Regards,

CRYSTAL D. BAD WOUND-LADEAUX
OST LAND EXCHANGE CLERK

CC: FILE



PINE RIDGE, SOUTH DAKOTA.

**LAND OFFICE**
**OGLALA SIOUX TRIBE**
P.O. Box 2070
Pine Ridge, SD 57770
(605) 867-5305

July 31st, 2020

Melanie Wilson
547 BIA 28
Wounded Knee, SD 57794

RE: LAND EXCHANGE PROCESS

Dear Ms. Wilson,

    I am writing to inform you about your land exchange process. Our office has not received your appraisal value. Once received, we will notify you via mail. I apologize the appraisal process is taking longer than anticipated. Thank you for being patient throughout this process.

    If you have any questions or concerns, please feel free to call or come into the office at your convenience.

Best Regards,

CRYSTAL D. BAD WOUND
OST LAND EXCHANGE CLERK

CC: FILE



PINE RIDGE INDIAN RESERVATION
PINE RIDGE, SOUTH DAKOTA

**LAND OFFICE**
**OGLALA SIOUX TRIBE**
P.O. Box 2003
Phone: (605) 867-5305
Fax: (605) 867-6422

April 15, 2021

Melanie Wilson
547 BIA 28
Wounded Knee, SD 57794

RE: **Land Exchange**

Dear Ms. Wilson,

My name is Shelly Rodriguez I am the new Land Exchange Clerk. I'm writing to inform you about your land exchange process. Our office has not received your appraisal value. Once received, we will notify you via mail. I apologize the appraisal process is taking longer than anticipated. Thank you for being patient throughout this process.

If you have any questions or concerns, please feel free to call or come into the office at your convenience.

Best Regards,

Shelly Rodriguez
OST LAND EXCHANGE CLERK

CC: FILE



 Gmail

Melaine Wilson <melainewilson7@gmail.com>

**White River 3**
1 message

Melaine Wilson <melainewilson7@gmail.com>
To: melainewilson7@gmail.com

Mon, Apr 10, 2023 at 2:07 PM



 Gmail

Melaine Wilson <melainewilson7@gmail.com>

**White River 2**
1 message

**Melaine Wilson** <melainewilson7@gmail.com>
To: melainewilson7@gmail.com

Mon, Apr 10, 2023 at 2:07 PM

North



East

Large Construction Tractor removing
Top Soil on my Land Consolidation
in Tract 10207.

 Gmail

Melaine Wilson <melainewilson7@gmail.com>

**White River**
1 message

Melaine Wilson <melainewilson7@gmail.com>
To: melainewilson7@gmail.com

Mon, Apr 10, 2023 at 2:06 PM

West

North



South

East

Large Construction Tractor removing
Top Soil on my Land Consolidation
in Tract 10207