# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 03, 2023

Melanie R. Wilson
547 BIA 28
Wounded Knee, SD  57794

      RE:  23-3205  Melanie Wilson v. Dept. of Interior, et al

Dear Appellant:

      The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      This case has been consolidated with appeal numbers 23-3202 *Melanie Wilson v. Dept. of Interior, et al.* and 23-3204 *Melanie Wilson v. Dept. of Interior, et al.*, to the extent possible, for submission to the court.

      We note that a motion to proceed on appeal in forma pauperis is pending in the district court. Your case will proceed upon receipt of the district court ruling.

      It is also noted that the matter was not served by the district court on any other party. Accordingly, you are notified that you are the only party to this appeal.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

  Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

  Please contact us if you have any questions about the case.

               Michael E. Gans
               Clerk of Court

CBO

Enclosure(s)

cc: Clerk, U.S. District Court, District of South Dakota

   District Court/Agency Case Number(s): 5:23-cv-05027-LLP

**Caption for Case Number:   23-3205**

Melanie R. Wilson

      Plaintiff - Appellant

v.

Department of Interior; Bureau of Indian Affairs, Washington, D.C.; Bureau of Indian Affairs, Pine Ridge Agency; Oglala Sioux Tribe, Land Office; Oglala Sioux Tribe

      Defendants - Appellees

**Addresses for Case Participants:   23-3205**

Melanie R. Wilson
547 BIA 28
Wounded Knee, SD  57794

Clerk, U.S. District Court, District of South Dakota
U.S. DISTRICT COURT
District of South Dakota
302 U.S. Courthouse
Rapid City, SD  57701

23-3205  Melanie Wilson v. Dept. of Interior, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 10/03/2023

**Case Name:**   Melanie Wilson v. Dept. of Interior, et al
**Case Number:**  23-3205

**Docket Text:**
Civil case docketed. [5322254] [23-3205]

**The following document(s) are associated with this transaction:**
Document Description:  Notice of Appeal Docket Letter

**Notice will be mailed to:**

Melanie R. Wilson
547 BIA 28
Wounded Knee, SD  57794

**Notice will be electronically mailed to:**